JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL RODRIGUEZ,<br><br>Defendant. | Case No. 5:22-cv-02078-SB-JPR<br><br>**ORDER GRANTING STIPULATION FOR FINAL JUDGMENT AND PERMANENT INJUNCTION** |

This Court, having made the following findings of fact and conclusions of law pursuant to the parties' stipulation:

Plaintiff CrossFit, LLC and Defendant Angel Rodriguez ("Rodriguez") have agreed to entering into the stipulated judgment set forth herein.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

For the purposes of binding preclusive effect on Rodriguez as to future disputes between Rodriguez on the one hand and CrossFit, LLC on the other hand, Rodriguez admits the following:

      a.    CrossFit, LLC is now, and has been at all times since the dates of issuance, the owner of all United States Trademark Registrations where CrossFit, LLC is listed as the owner, including but not limited

1

to Registration Nos. 3,007,458; 4,049,689; 4,053,443; 4,895,992; and 5,045,737 (the "Registrations") and of all rights thereto and thereunder.

b. Rodriguez admits to the validity of the Registrations.

2. Rodriguez, and those acting on his behalf, including his agents, servants, employees, independent contractors, companies, and partners (collectively, the "Rodriguez Affiliates"), are permanently enjoined from using the term "CrossFit" and confusingly similar terms (including but not limited to "xfit," "krossfit," "cross fitness," among others) to sell, offer to sell, or otherwise (directly or indirectly) advertise his products and/or services (collectively, the "Injunction"). For example and not by way of limitation, Rodriguez shall not use the term "CrossFit" as a part of any URLs that direct or redirect consumers to any fitness training services and/or related goods. The Rodriguez Affiliates are further permanently enjoined from using any other registered trademarks of CrossFit, LLC and confusingly similar terms, including but not limited to, "Forging Elite Fitness," "The Sport of Fitness," "Fittest on Earth," "CrossFit Games," and "Keep Fitness Legal."

3. Rodriguez is bound by the Injunction regardless of whether CrossFit, LLC assigns or licenses its intellectual property rights to another for so long as such trademark rights are subsisting, valid, and enforceable. The Injunction inures to the benefit of CrossFit, LLC's successors, assignees, and licensees.

4. The Parties waive any rights to appeal this stipulated judgment, including without limitation the Injunction.

5. The clerk is directed to close this case.

IT IS SO ORDERED.

Dated:  December 16, 2022



Stanley Blumenfeld, Jr.
United States District Judge